# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| YOSAF DEVINE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|          v. | ) 2:19-cv-00323-JDL |
| | ) |
| CUMBERLAND COUNTY JAIL, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 10) with the Court on August 15, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b), recommending that the Court dismiss Plaintiff Yosaf Devine's complaint in its entirety. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 10) of the Magistrate Judge is hereby **ACCEPTED** and the complaint is dismissed in its entirety.

**SO ORDERED.**

**Dated this 29th day of October, 2019.**

                                                                /s/ Jon D. Levy
                                            **CHIEF U.S. DISTRICT JUDGE**